JAMES McNEVIN, Appellant, *v.* THE SOLVAY PROCESS COMPANY, Respondent.

*McNevin* v. *Solvay Process Co.*, 32 App. Div. 610, affirmed.
(Argued March 22, 1901; decided April 30, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 5, 1898, which reversed a judgment of the Onondaga County Court entered upon a verdict, and an order denying a motion for a new trial and granted a new trial.

*P. J. Ryan* and *H. M. Van Bergen* for appellant.

*William G. Tracy* and *John L. King* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.